UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE A. TRIPP,

      Petitioner,                                      Case No. 25-cv-10626
                                                    Hon. Matthew F. Leitman

v.

ERIC RARDIN,

      Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **DENIED**.

                                                                  KINIKIA ESSIX
                                                                  CLERK OF COURT

                                               By:     s/Holly A. Ryan
                                                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 11, 2025
Detroit, Michigan